IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY W. SPENCER,

        Petitioner,                    No. CIV S-05-1319 FCD GGH P

    vs.

JEANNE WOODFORD, et al.,

        Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 10, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        The magistrate judge found that the court lacked jurisdiction to consider the petition because petitioner was no longer in custody with respect to the at-issue prison disciplinary conviction. Maleng v. Cook, 490 U.S. 488, 490, 109 S. Ct. 1923, 1925 (1989) (per curiam) (quoting 28 U.S.C. § 2241(c)(3)). Petitioner was no longer serving any sentence or

1

1 suffering from any punishment related to the conviction when he filed this action. In his
2 objections, petitioner argues that because of this conviction, he is prevented from seeking
3 restoration of time credits assessed as a result of a different disciplinary conviction. This
4 circumstance does not render petitioner in custody with respect to the at-issue disciplinary
5 conviction.

6 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
7 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire
8 file, the court finds the findings and recommendations to be supported by the record and by
9 proper analysis.

10 Accordingly, IT IS HEREBY ORDERED that:

11 1. The findings and recommendations filed August 10, 2005, are adopted in full;
12 and

13 2. This action is dismissed for lack of jurisdiction.

14 DATED: September 15, 2005

16 /s/ Frank C. Damrell Jr.
   FRANK C. DAMRELL JR.
17 United States District Judge